Jonathan W. Rich (JR-2525)
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attorneys for Plaintiffs
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 603-6300
Fax: (212) 956-2164

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
Raymond Altmann,

                               Plaintiff

-against-

Seguai, LLC.

                               Defendant.
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

09-CV-4205 (SJF)(ARL)

TO THE CLERK OF THE COURT and COUNSELORS:

Please take notice that the undersigned hereby appears as attorneys for the defendant, Seguai, LLC. in the above captioned action, and demands that copies of all pleadings, papers, notices, and other communications relating to this action be served upon the undersigned.

Dated: New York, New York
        December 2, 2009

                                     ROBINSON BROG LEINWAND GREENE
                                       GENOVESE & GLUCK P.C.

                                   By: /s/ Jonathan W. Rich
                                       Jonathan W. Rich (JR-2525)
                                       Attorneys for Defendant
                                       1345 Avenue of the Americas, 31st Floor
                                       New York, New York 10105
                                       (212) 603-6300

To: **Jaime Lynn Eckl**
      Frank & Associates
      500 Bi-County Boulevard, Suite 112N
      Farmingdale, NY 11735
      (631) 756-0400
      Attorneys for Plaintiff

{00460237.DOC;1}