UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
RAYMOND ALTMANN,

                         Plaintiff(s),                  09CV4205 (SJF) (ARL)

        - against-

SEGUAI, LLC,
                                                          **NOTICE**

                        Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

You are hereby noticed that the court will conduct a initial conference on the above-captioned matter on **Wednesday, January 13, 2010 at 11:15 a.m.** at the **Central Islip Courthouse located at 1014 Federal Plaza, Central Islip, NY 11722**.

The conference will be held before the Honorable Sandra J. Feuerstein.

**Plaintiff(s) Pro Se or plaintiff(s) counsel is/are directed to serve a copy of this notice on all parties upon receipt.**

                                                      _/s/ Marie Armato_
                                               Marie Armato, Judicial Assistant to
                                                Hon. Sandra J. Feuerstein

Dated:    December 3, 2009
              Central Islip, NY

Copies:   Jaime Lynn Eckl, Esq.
              Felicia S. Ennis, Esq.
              Jonathan W. Rich, Esq.